JOHN A. JOHNSON v. EVA C. THOMPSON.

FILED NOVEMBER 3, 1898.   No. 8363.

**Review.** The record presents no disputed question of law, the evidence sustains the verdict, and the judgment of the district court is affirmed.

ERROR from the district court of Douglas county. Tried below before FERGUSON, J. *Affirmed.*

*Robert W. Richardson,* for plaintiff in error.

*John G. Tipton, contra.*

RAGAN, C.

In an action of replevin for a piano brought in the district court of Douglas county by Eva C. Thompson against John A. Johnson the former had a judgment and the latter has brought the same here for review on error.

The record presents no disputed question of law, the evidence sustains the verdict, and the judgment of the district court is

AFFIRMED.